[No. 28640-4-I. Division One. November 30, 1992.]

LEANN K. JOHNSON, *as Administratrix, Appellant,* v. THE STATE OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-03738-8, Mary Wicks Brucker, J., entered

August 8, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Pekelis and Kennedy, JJ. Now published at 68 Wn. App. 294.